This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CAROLANN JOHNSON, personal representative of the ESTATE OF BERYL WITCHER, deceased,**

Plaintiff-Appellant,

**v.**                                                                        **No. 32,394**

**PRESBYTERIAN KASEMAN HOSPITAL, PRESBYTERIAN HOME HEALTH CARE, EDWARD BROWN, M.D., ANDREA DEMETER, M.D., EDWARD MCKENZIE, M.D., DAVID KUBICA, R.N.,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alan M. Malott, District Judge**

Carolann Johnson
Albuquerque, NM

Pro Se Appellant

Keleher & McLeod, PA
Kathleen M. Wilson
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**SUTIN, Judge.**

Plaintiff contends that the district court erred in granting summary judgment in favor of Defendants. This Court issued a calendar notice proposing to affirm. Defendants filed a memorandum in support of this Court's proposed summary affirmance. Plaintiff has not filed a memorandum in opposition to this Court's notice of proposed disposition and the time for doing so has now passed. For the reasons stated in this Court's notice of proposed disposition, we affirm.

**IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Judge**

_____
**LINDA M. VANZI, Judge**